IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and THE GILLETTE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W.G. HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. NO.: _____ |

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS
THE PROCTER & GAMBLE COMPANY AND THE GILLETTE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Plaintiff The Procter & Gamble Company ("Procter & Gamble") states that it is a publicly traded corporation and that Plaintiff The Gillette Company is a wholly-owned subsidiary of Procter & Gamble. No other publicly held corporation owns 10% or more of the stock of either Plaintiff.

RLF1-3038746-1

| | |
|---|---|
| OF COUNSEL:<br><br>D. Jeffrey Ireland (Ohio Bar No. 0010443)<br>djireland@ficlaw.com<br>Brian D. Wright (Ohio Bar No. 0075359)<br>FARUKI IRELAND & COX P.L.L.<br>500 Courthouse Plaza, S.W.<br>10 North Ludlow Street<br>Dayton, OH 45402<br>Telephone: (937) 227-3710<br>Telecopier: (937) 227-3717<br><br>Dated: July 21, 2006 | */s/ Anne Shea Gaza*<br>Allen M. Terrell, Jr. (#709)<br>Terrell@rlf.com<br>Anne Shea Gaza<br>Gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>Telephone: (302) 651-7539<br>Telecopier: (302) 498-7539<br><br>Attorneys for Plaintiffs The Procter & Gamble Company and The Gillette Company |