# United States District Court

District Of Delaware

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and THE GILLETTE COMPANY, | ) ) ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiffs, | ) ) ) | C.A. No. 0 6 - 4 4 3 |
| v. | ) ) | |
| SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W.G. HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON, | ) ) ) ) ) ) ) | |
| Defendants | | |

TO:  **Pat Allen**
c/o Secretary of State of the State of Delaware
401 Federal Street, Townsend Building
Dover, Delaware 19901
Pursuant to 10 <u>Del.C.</u> § 3104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY
**Allen M. Terrell, Jr., Esquire**
**Anne Shea Gaza, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO _____
CLERK

_Monica Mooney_ (signature)
(By) DEPUTY CLERK

7/24/06
DATE

RLF1-3038978-1

• AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 7/24/06 |
| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED : PAT ALLEN C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER DE, COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/06
                    Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure