IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY<br>And THE GILLETTE COMPANY,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUSAN HARRISON; WILLIAM G.<br>HARRISON III, individually and as a Trustee<br>for the Harrison Family Trust and The Emily<br>Waldrip Trust; CINDY NOSSER; KATHY<br>ALLEN; PAT ALLEN; TINA HARRISON;<br>W G HARRISON IV; LARRY LUXENBERG;<br>and JOHN SHELTON,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-443 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel to the parties, subject to the Court's approval, that Defendants time to answer, move or otherwise respond to the Complaint filed in the above-captioned matter is extended until October 9, 2006.

Dated: September 26, 2006

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A.<br><br>   /s/ Anne Shea Gaza, Esquire<br>Allen M. Terrell, Jr., Esquire (#709)<br>Anne Shea Gaza, Esquire (#4093)<br>One Rodney Square<br>920 North King Street, P.O. Box 551<br>Wilmington, DE 19899-0551<br>(302) 651-7539<br>*Counsel for Plaintiffs* | LANDIS RATH & COBB LLP<br><br>_____<br>Daniel B. Rath, Esquire (#3022)<br>Rebecca L. Butcher, Esquire (#3816)<br>James S. Green, Jr. (# 4406)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>(302) 467-4400<br>*Counsel for Defendants* |

IT IS SO ORDERED THIS _____ day of _____, 2006

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, James S. Green, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Stipulation of Extension of Time to Respond was served this 26th day of September, 2006 on the following in the manner indicated:

**VIA E-FILING**

Allen M. Terrell, Jr., Esquire
Anne Shea Gaza
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551

**VIA FIRST CLASS MAIL**

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
10 North Ludlow Street
Dayton, OH 45402

_____
James S. Green, Jr. (I.D. No. 4406)

581.001-13971.DOC