IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY And THE GILLETTE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W G HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-443 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel to the parties, subject to the Court's approval, that Defendants time to answer, move or otherwise respond to the Complaint filed in the above-captioned matter is extended until October 9, 2006.

Dated: September 26, 2006

| RICHARDS LAYTON & FINGER, P.A. | LANDIS RATH & COBB LLP |
|---|---|
| /s/ Anne Shea Gaza, Esquire | _____ |
| Allen M. Terrell, Jr., Esquire (#709) | Daniel B. Rath, Esquire (#3022) |
| Anne Shea Gaza, Esquire (#4093) | Rebecca L. Butcher, Esquire (#3816) |
| One Rodney Square | James S. Green, Jr. (# 4406) |
| 920 North King Street, P.O. Box 551 | 919 Market Street, Suite 600 |
| Wilmington, DE 19899-0551 | Wilmington, Delaware 19801 |
| (302) 651-7539 | (302) 467-4400 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IT IS SO ORDERED THIS _____ day of _____, 2006

_____
The Honorable Gregory M. Sleet

## CERTIFICATE OF SERVICE

I, James S. Green, Jr., Esquire, hereby certify that a true and correct copy of the foregoing Stipulation of Extension of Time to Respond was served this 26th day of September, 2006 on the following in the manner indicated:

**VIA E-FILING**

Allen M. Terrell, Jr., Esquire
Anne Shea Gaza
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899-0551

**VIA FIRST CLASS MAIL**

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
10 North Ludlow Street
Dayton, OH  45402

_____
James S. Green, Jr. (I.D. No. 4406)

581.001-13971.DOC

# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

James S. Green, Jr.
Direct Dial: 302.467.4426
Email: green@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

September 26, 2006

Via Electronic Filing

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE  19801

    Re:    *The Procter & Gamble Company and The Gillette Company v. Susan Harrison, et al.*; C.A. No. 06-443 GMS

Dear Judge Sleet:

    Attached please find a stipulation, extending the time for the defendants to answer, move or otherwise respond to the Complaint in the above-referenced matter from September 26, 2006 until October 9, 2006. Counsel for the defendants was retained recently, on September 21, 2006, and the parties have agreed to allow the defendants appropriate time to prepare responsive papers.

    Counsel remains available at the Court's convenience.

Respectfully,

James S. Green, Jr.
(I.D. No. 4406)

JSG/lmr
Enclosure

cc:    Anne Shea Gaza, Esquire (via electronic filing)