IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY<br>And THE GILLETTE COMPANY,<br>   Plaintiffs,<br><br>v.<br><br>SUSAN HARRISON; WILLIAM G.<br>HARRISON III, individually and as a Trustee<br>for the Harrison Family Trust and The Emily<br>Waldrip Trust; CINDY NOSSER; KATHY<br>ALLEN; PAT ALLEN; TINA HARRISON;<br>W G HARRISON IV; LARRY LUXENBERG;<br>and JOHN SHELTON,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-443 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kenneth B. Chaiken of Chaiken & Chaiken, P.C. to represent the Defendants in this matter.

Dated: September 29, 2006

                  _____
                  Daniel B. Rath (No. 3022)
                  LANDIS RATH & COBB LLP
                  919 N. Market Street, Suite 600
                  Wilmington, Delaware 19801
                  Telephone: (302) 467-4400
                  Facsimile: (302) 467-4450

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Texas, District of Columbia, U.S. District Court, Northern, Southern, Eastern and Western Districts of Texas and U.S. Court of Appeals, Fifth Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 23, 2006

                  _____
                  Kenneth B. Chaiken, Esquire
                  Chaiken & Chaiken, P.C.
                  13355 Noel Road, Suite 600
                  Dallas, Texas 75240
                  Telephone: (214) 265-0250
                  Facsimile: (214) 265-1537

581 001-14033

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

Dated: _____        _____
                                                                     United States District Judge