IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY, et. al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | C.A. No. 06-443 |
| SUSAN HARRISON, et al., | ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Upon the parties' agreement and stipulation, subject to the Court's approval, Plaintiffs The Procter & Gamble Company and The Gillette Company will have an additional two (2) days to respond to Defendants' Motion to Dismiss in the above-captioned matter. The reasons for the stipulated extension are as follows:

1. The parties are involved in a case pending in the United States District Court for the Northern District of Texas styled *Susan Harrison, et al. v. The Procter & Gamble Company, et al.*, Civil Action No. 7:06-CV-121-R (Buchmeyer, J.) (the "Texas Action");

2. In the Texas Action, The Procter & Gamble Company has filed a Motion to Dismiss, Stay or Transfer (to the District of Delaware) and the parties are simultaneously briefing that motion and the motion presently before this Court; and

3. Because the parties have been and are continuing to engage in extensive briefing in both jurisdictions, they have agreed that a short extension of the deadlines is warranted in both cases in order to allow the parties the additional time that is necessary to fully and completely respond to the issues raised in both motions to dismiss.

RLF1-3071439-1

Accordingly, the response to Defendants' Motion to Dismiss will now be due on or before Thursday, October 26, 2006.

RICHARDS LAYTON & FINGER

*/s/ Anne Shea Gaza*
Allen M. Terrell, Jr., Esquire (#709)
Anne Shea Gaza, Esquire (#4093)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
Terrell@rlf.com
gaza@rlf.com
(302) 651-7539
*Counsel for Plaintiffs*

LANDIS RATH & COBB LLP

*/s/ Daniel B. Rath*
Daniel B. Rath, Esquire (#3022)
Rebecca L. Butcher, Esquire (#3816)
James S. Green, Jr., Esquire (#4406)
919 Market Street, Suite 600
Wilmington, DE 19801
rath@lrclaw.com
butcher@lrclaw.com
green@lrclaw.com
(302) 467-4400
*Counsel for Defendants*

IT IS SO ORDERED THIS _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

2

RLF1-3071439-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
James S. Green, Jr., Esquire
919 Market Street, Suite 600
Wilmington, Delaware 19801

I hereby certify that on October 19, 2006, I caused to be sent by electronic mail the foregoing document to the following non-registered participant:

Kenneth B. Chaiken, Esquire
Robert Chaiken, Esquire
Chaiken & Chaiken, P.C.
One Galleria Tower
13355 Noel Rd., St. 600
Dallas, TX 75240

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3039991-1