IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY and THE GILLETTE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W.G. HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO.: 06-443-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS THE PROCTER & GAMBLE COMPANY AND THE GILLETTE COMPANY'S REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS

Plaintiffs The Procter & Gamble Company and The Gillette Company (the "Plaintiffs") initiated the above-captioned lawsuit by filing their Complaint on July 21, 2006. (D.I. 1). On October 10, 2006, Defendants filed their First Motion to Dismiss the Complaint (the "Motion") and opening brief in support thereof. (D.I. 27, 28). Plaintiffs filed their answering brief and supporting declarations in opposition to the Motion on October 26, 2006. (D.I. 30-33). With the filing of Defendants' reply brief on November 2, 2006, the parties have completed briefing on the Motion. (D.I. 33). Accordingly, pursuant to Delaware District Court Local Rule 7.1.4, Plaintiffs respectfully request that oral argument be scheduled on the Motion at the Court's convenience.

OF COUNSEL:
D. Jeffrey Ireland
djireland@ficlaw.com
Brian D. Wright
bwright@ficlaw.com
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3710
Telecopier: (937) 227-3717

Dated: November 7, 2006

/s/ Anne Shea Gaza
Allen M. Terrell, Jr. (#709)
Terrell@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
Telephone: (302) 651-7539
Telecopier: (302) 498-7539

*Attorneys for Plaintiffs*
*The Procter & Gamble Company*
*and The Gillette Company*

RLF1-3061308-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Daniel B. Rath, Esquire
Rebecca L. Butcher, Esquire
James S. Green, Jr., Esquire
919 Market Street, Suite 600
Wilmington, Delaware 19801

I hereby certify that on November 7, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

Kenneth B. Chaiken, Esquire
Robert Chaiken, Esquire
Chaiken & Chaiken, P.C.
One Galleria Tower
13355 Noel Rd., St. 600
Dallas, TX 75240

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3039991-1