# LANDIS RATH & COBB LLP

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Rebecca L. Butcher
Direct Dial: 302.467.4415
Email: butcher@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

November 7, 2006

VIA ELECTRONIC FILING

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, DE 19801

      Re:    *The Procter & Gamble Company and The Gillette Company v. Susan Harrison, et al.*; C.A. No. 06-443 GMS

Dear Judge Sleet:

    On October 10, 2006, Defendants filed a Motion to Dismiss the Complaint (the "Motion") and opening brief in support thereof in the above-referenced matter [D.I. 27, 28]. Plaintiffs filed their answering brief in opposition to the Motion on October 26, 2006 [D.I. 30-32]. Defendants' reply brief was filed on November 2, 2006 [D.I. 33-35]. The parties have now completed briefing on the Motion. Pursuant to District Court L. R. 7.1.4, Defendants respectfully join in Plaintiffs' request that oral argument be scheduled on the Motion at the convenience of the Court.

    Counsel remains available at the convenience of the Court.

                      Respectfully,

                      Rebecca L. Butcher
                      (I.D. No. 3816)

RLB/lmr
cc:    Anne Shea Gaza (via electronic filing)
       D. Jeffrey Ireland (via e-mail)

581.001-14570.DOC