## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE PROCTER & GAMBLE COMPANY and THE GILLETTE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 06-443-GMS |
| SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W.G. HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF THE PROCTER & GAMBLE COMPANY'S CLAIMS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1) and the stipulation of the parties ("Stipulation"), Plaintiff The Procter & Gamble Company ("Procter & Gamble") voluntarily dismisses, without prejudice, all of Procter & Gamble's claims raised in the Complaint for Declaratory Judgment and Breach of Stock Purchase Agreement ("Complaint") against Defendants Susan Harrison; William G. Harrison III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; Cindy Nosser; Kathy Allen; Pat Allen; Tina Harrison; W.G. Harrison IV; Larry Luxenberg; and John Shelton (collectively, "Defendants"). Upon approval of this Stipulation, Proctor & Gamble will have no claims pending in this matter.

This stipulated voluntary dismissal, without prejudice, pertains to Procter & Gamble's claims only, and does not affect the claims raised by Plaintiff The Gillette Company

RLF1-3117200-1

("Gillette") against Defendants in the Complaint or any defenses Defendants' may raise to those

claims, including defenses arising from the decision of the United States District Court for the

Northern District of Texas in *Harrison v. The Proctor & Gamble Company*, C.A. No.7:06-cv-

121-R.   Gillette's claims against Defendants <u>remain</u> pending before this Court.


| | |
|---|---|
| ___/s/ Anne S. Gaza_____ | ___[signature]_____ |
| Allen M. Terrell, Jr. (#709) | Daniel B. Rath (#3022) |
| Terrell@rlf.com | Rebecca L. Butcher (#3816) |
| Anne Shea Gaza (#4093) | James S. Green, Jr. (#4406) |
| Gaza@rlf.com | LANDIS, RATH & COBB, LLP |
| Richards, Layton & Finger, P.A. | 919 Market Street, Suite 600 |
| One Rodney Square | Wilmington, DE  19801 |
| P.O. Box 551 | Telephone:  (302) 467-4400 |
| Wilmington, DE  19899-0551 | *Attorneys for Defendants* |
| Telephone:  (302) 651-7539 | *Defendants Susan Harrison; William G.* |
| *Attorneys for Plaintiffs* | *Harrison III, individually and as a Trustee for* |
| *The Procter & Gamble Company* | *the Harrison Family Trust and The Emily* |
| *and The Gillette Company* | *Waldrip Trust; Cindy Nosser; Kathy Allen;* |
| | *Pat Allen; Tina Harrison; W.G. Harrison IV;* |
| OF COUNSEL: | *Larry Luxenberg; and John Shelton* |
| D. Jeffrey Ireland | |
| djireland@ficlaw.com | OF COUNSEL: |
| Brian D. Wright | Robert L. Chaiken, Esquire |
| bwright@ficlaw.com | Kenneth B. Chaiken, Esquire |
| FARUKI IRELAND & COX P.L.L. | CHAIKEN & CHAIKEN, P.C. |
| 500 Courthouse Plaza, S.W. | One Galleria Tower |
| 10 North Ludlow Street | 13355 Noel Road, Suite 600 |
| Dayton, OH  45402 | Dallas, TX  75240 |
| Telephone:  (937) 227-227-3710 | Telephone:  (214) 265-0250 |
| Telecopier:  (937) 227-3717 | Telecopier:  (214) 265-1537 |
| | |
| Dated:  May 23, 2007 | Dated:  May 23, 2007 |


SO ORDERED this _____ day of May, 2007.


_____
Judge Gregory M. Sleet

2

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire, hereby certify that a true and correct copy of the foregoing STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF THE PROCTER & GAMBLE COMPANY'S CLAIMS ONLY was served this 23rd day of May 2007, upon the following in the manner indicated:

**VIA E-FILING &**
**BY HAND-DELIVERY**

Allen M. Terrell, Jr., Esquire
Anne Shea Gaza, Esquire
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE  19899-0551

**VIA FIRST CLASS MAIL**

D. Jeffrey Ireland, Esquire
Brian D. Wright, Esquire
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, SW
10 North Ludlow Street
Dayton, OH  45402

Rebecca L. Butcher (I.D. No. 3816)

581.001-16729.DOC