IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN HARRISON; WILLIAM G. HARRISON III, individually and as a Trustee for the Harrison Family Trust and The Emily Waldrip Trust; CINDY NOSSER; KATHY ALLEN; PAT ALLEN; TINA HARRISON; W.G. HARRISON IV; LARRY LUXENBERG; and JOHN SHELTON, | ) ) ) ) ) ) ) ) | C.A. No. 06-443-GMS |
| Defendants. | ) | |

## STIPULATION AND ORDER REGARDING DEPOSITION TESTIMONY

**WHEREAS**, the parties in the above-captioned action (the "Delaware Action") are also engaged in litigation in the Northern District of Texas styled *Susan Harrison, et al. v. The Procter & Gamble Company, et al.*, C.A. No. 06-121-R (the "Texas Action");

**WHEREAS**, discovery is proceeding in the Texas Action that involves overlapping documents and depositions; and

**WHEREAS**, the parties have agreed that any deposition of the parties and/or witnesses common to both the Delaware and Texas Actions may be used by any party for any lawful purpose in either the Delaware or Texas Action ;

**IT IS THEREFORE STIPULATED AND AGREED,** by and between counsel for the parties and subject to the approval of the Court, that any depositions of the parties and witnesses common to both the Delaware and Texas Action, taken by the parties in connection

RLF1-3117200-1

with the Texas Action, may be used by any party for any lawful purpose in the Delaware Action, including, but not limited to, motion practice and at trial and, in that respect, shall be deemed admissible under the Federal Rules of Evidence.

/s/ Anne Shea Gaza
Allen M. Terrell, Jr. (#709)
Terrell@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
(302) 651-7539
   *Attorneys for Plaintiff*
   *The Gillette Company*

OF COUNSEL:
David Keltner
William Warren
Hugh Connor
Michael Anderson
Kelly Hart & Hallman LLP
201 Main Street
Suite 2500
Fort Worth, TX 76102
(817) 332-2500

Dated: January 14, 2008

/s/ Daniel B. Rath
Daniel B. Rath (#3022)
Rebecca L. Butcher (#3816)
James S. Green, Jr. (#4406)
LANDIS, RATH & COBB, LLP
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400
   *Attorneys for Defendants*
   *Defendants Susan Harrison; William G.*
   *Harrison III, individually and as a Trustee for*
   *the Harrison Family Trust and The Emily*
   *Waldrip Trust; Cindy Nosser; Kathy Allen;*
   *Pat Allen; Tina Harrison; W.G. Harrison IV;*
   *Larry Luxenberg; and John Shelton*

OF COUNSEL:
Robert L. Chaiken
Kenneth B. Chaiken
CHAIKEN & CHAIKEN, P.C.
One Galleria Tower
13355 Noel Road, Suite 600
Dallas, TX 75240
(214) 265-0250

Dated: January 14, 2008

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet