IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE GILLETTE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SUSAN HARRISON, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-443 (GMS)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel and subject to the approval of the Court, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party to this action shall bear its own costs and attorneys' fees.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br><br>*Anne Shea Gaza*<br>Allen M. Terrell, Jr., Esquire (#709)<br>Anne Shea Gaza, Esquire (#4093)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>terrell@rlf.com<br>gaza@rlf.com<br>(302) 651-7700<br>*Counsel for Plaintiff* | LANDIS RATH & COBB LLP<br><br>*/s/ Daniel B. Rath*<br>Daniel B. Rath, Esquire (#3022)<br>Rebecca L. Butcher, Esquire (#3816)<br>James S. Green, Jr., Esquire (#4406)<br>919 Market Street, Suite 600<br>Wilmington, DE 19801<br>rath@lrclaw.com<br>butcher@lrclaw.com<br>green@lrclaw.com<br>(302) 467-4400<br>*Counsel for Defendants* |

IT IS SO ORDERED, this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet